ADVANCED DISABILITY ADVOCATES
Kevin Hong (SBN 299040)
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff
JENNIFER FLORES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FLORES,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILLE'S, INC. D/B/A DENNY'S RESTAURANT #7984; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:18-cv-3006 GW (SSx)<br><br>Hon. George Wu<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jennifer Flores ("Plaintiff") hereby dismisses the above-captioned action in its entirety and without prejudice as to all claims and causes of action against Defendant Camille's, Inc. d/b/a Denny's Restaurant #7984 ("Defendant"). Defendant has not filed an Answer to Plaintiff's Complaint and no cross-claims have been advanced by Defendant.

Dated: November 16, 2018        ADVANCED DISABILITY ADVOCATES

                                By:    _/s/ Kevin Hong_____
                                       Kevin Hong, Esq.
                                Attorneys for Plaintiff